|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 26, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ANTHONY MATA AROZ,

        Defendant.

Case No.  2:23-cr-00145-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY MATA AROZ, Case No. 2:23-cr-00145-DAD, Charge 18 U.S.C. § 3606, from custody for the following reasons:

   X   Release on previously imposed supervised release conditions.

       Bail Posted in the Sum of $ _____

           Unsecured Appearance Bond $ _____

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other): Upon release, the defendant is ordered to appear on

   X   12/27/2023 at 9:00 a.m. at the U.S. Probation Office, 1200 I Street, Suite 204, Modesto, CA 95354.

Sacramento County Jail is further ORDERED to release the defendant with a

   X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 26, 2023 at 2:25 p.m.

By: _____
      Magistrate Judge Jeremy D. Peterson