1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Aroz
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No. 2:23CR145-DAD
                                  )
12              Plaintiff,        ) **STIPULATION TO CONTINUE ADMIT/DENY**
                                  ) **HEARING; FINDINGS AND ORDER]**
13         vs.                    )
                                  ) Date:  January 16, 2024
14 ANTHONY MATA AROZ, JR.,        ) Time:  9:30 a.m.
                                  ) Judge: Hon. Dale A. Drozd
15              Defendant.        )
                                  )

16                                    **I.**

17                               **STIPULATION**

18   1. The Court previously set this matter for an admit/deny hearing to take place on January

19      16, 2024.

20   2. Mr. Aroz requests that the Court continue the admit/deny hearing to **January 30, 2024,**

21      **at 9:30 a.m.** Defense counsel has a calendaring conflict and needs additional time to

22      adequately prepare.

23   3. The government does not object to Mr. Aroz's request.

24   4. The parties have consulted with the Court and probation. They are both available at the

25      requested date and time.

   IT IS SO STIPULATED.

26 //

27 //

28 //

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 10, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Aroz |
| Date: January 10, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **January 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE