| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Aroz |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23CR145-DAD |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **CONTINUE STATUS CONFERENCE RE:** |
| vs. | ) | **RELEASE** |
| | ) | |
| ANTHONY MATA AROZ, JR., | ) | Date: February 5, 2024 |
| | ) | Time: 2:00 P.m. |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| | ) | |

**I.**

**STIPULATION**

1. The Court previously set this matter for status conference re: release to be held on February 5, 2024.

2. Mr. Aroz requests that the Court continue the hearing to the **February 9, 2024 duty calendar.** Mr. Aroz is in the process of trying to get accepted into a residential drug treatment center. He is also getting his affairs in order in the event that he is remanded into custody.

3. The government does not object to Mr. Aroz's request.

IT IS SO STIPULATED.

//

//

//

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 1, 2024 |   | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Aroz |
| Date: February 1, 2024 |   | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 2, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE