PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY MATA AROZ, JR. <br><br> Defendant. | CASE NO. 2:23-CR-00145-DAD <br><br> ORDER FOR A BENCH WARRANT |

Based on defendant Anthony Aroz's failure to appear for the previously ordered Admit / Deny Hearing on March 5, 2024, the Court ORDERS a bench warrant for the defendant's arrest.

IT IS SO ORDERED.

Dated: __March 5, 2024__

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER FOR A BENCH WARRANT