HEATHER E. WILLIAMS, #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
Mr. Aroz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MATA AROZ, JR.<br><br>Defendant. | Case No.  2:23-CR-145-DAD<br><br>**UNOPPOSED REQUEST FOR ORDER TO RELEASE PORTION OF PROBATION RECORDS**<br><br>Judge: Hon. Jeremy D. Peterson |

Defendant-Supervised Releasee Anthony Mata Aroz, Jr., through counsel, Assistant Federal Defender, Hootan Baigmohammadi, respectfully requests the Court order the United States Probation Office to disclose the presumptive and confirmatory laboratory results underlying charges 1-10 (unlawful use of a controlled substance) of the supervised release petition at ECF no. 16 to the parties.  *See* L.R. 460 (Disclosure of Record).  Mr. Aroz previously admitted to charges 1, 3 and 6-10.  ECF nos. 13 and 25.  He is scheduled for a final revocation hearing on May 13, 2024, where the Court will sentence him on the admitted charges and the government will dismiss the pending charges. ECF no. 25.  Mr. Aroz is entitled to disclosure of the evidence against him as to the pending charges and present any evidence in mitigation at his sentencing.  *See* FRCrP 32.1(b)(2)(B) & (c)(1).  He believes that the evidence requested is

relevant to both the pending charges and for sentencing mitigation purposes. The government does not oppose his request.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: April 24, 2024                      */s/ Hootan Baigmohammadi*
                                          HOOTAN BAIGMOHAMMADI
                                          Assistant Federal Defender
                                          Attorneys for Mr. Aroz

## **ORDER**

Based on the unopposed request by Mr. Aroz, through counsel, and good cause appearing therefrom, the Court hereby orders the United States Probation Office to disclose the requested documents as contained within Mr. Aroz's Probation file to the parties. This Order is made pursuant to Local Rule 460(b).

Dated: April 25, 2024

                                                                        Hon. Jeremy D. Peterson
                                                                        United States Magistrate Judge